## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Travelers Property Casualty
Company of America, et al.,

        Plaintiffs,                  Civil 07-2377 (PAM/JSM)

v.

                              **ORDER OF DISMISSAL**

Saint-Gobain Technical
Fabrics Canada Limited,
*fka Bay Mills*

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September __27__ , 2007

                                                s/Paul A. Magnuson
                                                Paul A. Magnuson, Judge
                                                United States District Court